**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Timothy Suart,<br><br>    Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership,<br><br>    Defendant. | Case No. 2:08-cv-0330<br><br>Judge: Sargus<br><br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a) with prejudice; each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Macey & Aleman, P.C. | Surdyk, Dowd & Turner Co., L.P.A. |
| By: */s/ Jeffrey S. Hyslip*<br>Jeffrey S. Hyslip (0079314)<br>The Sears Tower<br>Suite 5150<br>Chicago, IL 60606<br>Telephone: 1.866.339.1156<br>jsh@legalhelpers.com<br>*Attorney for Plaintiff* | By: */s/ Jeffrey C. Turner*<br>Jeffrey C. Turner (0063154)<br>Kettering Tower<br>40 North Main Street, Suite 1610<br>Dayton, Ohio 45423<br>Tel: 1.937.222.2333<br>jturner@sdtlawyers.com<br>*Attorney for Defendant* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 1, 2008, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Jeffrey S. Hyslip*